UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>Plaintiff,<br><br>v.<br><br>WASCO STATE PRISON,<br><br>Defendant. | Case No. 1:19-cv-01318-JLT (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CASE AS DUPLICATIVE**<br><br>**THIRTY-DAY DEADLINE** |

Previously, the Court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and determined that the allegations contained therein are duplicative of allegations included in a previously-filed action, Goods v. Wasco State Prison, Case No. 1:19-cv-0661-AWI-SAB. (Doc. 8.) Plaintiff was therefore ordered to show cause why this action should not be dismissed as duplicative of the earlier-filed case. The period for responding to the Court's Order to Show Cause has now passed, and plaintiff has not responded. Accordingly, the Court ORDERS that:

1. The Order to Show Cause is vacated;

2. The Clerk of Court shall assign a District Judge to this case; and

The Court RECOMMENDS that this action be dismissed as a duplicate of Goods v. Wasco State Prison, Case No. 1:19-cv-0661-AWI-SAB.

These Findings and Recommendations will be submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these Findings and Recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **February 3, 2020**       /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE