UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRANCIS GOODS,<br><br>Plaintiff,<br><br>v.<br><br>WASCO STATE PRISON,<br><br>Defendant. | No. 1:19-cv-01318-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE AS DUPLICATIVE<br><br>ORDER TO ASSIGN DISTRICT JUDGE AND THEN TO CLOSE CASE<br><br>(Doc. No. 10) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2019, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and determined that the allegations contained therein are duplicative of allegations included in a previously-filed action, *Goods v. Wasco State Prison, Case No. 1:19-cv-0661-AWI-SAB*. (Doc. No. 8.) Plaintiff was therefore ordered to show cause why this action should not be dismissed as duplicative of the earlier-filed case. (*Id.*) The period for responding to the Order to Show Cause passed, and plaintiff did not respond. Accordingly, on February 4, 2020, the magistrate judge filed findings and recommendations recommending dismissal of this action as duplicative. (Doc. No. 10.) Those findings and recommendations

1

were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2020 (Doc. No. 10) are ADOPTED in full;

2. This action is DISMISSED as duplicative of *Goods v. Wasco State Prison*, Case No. 1:19-cv-0661-AWI-SAB; and

3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **April 14, 2020**

UNITED STATES DISTRICT JUDGE